

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

**LaRai Everett**
*Assistant United States Attorney*
*LaRai.Everett@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4869*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*

August 15, 2024

The Honorable Ellen L. Hollander
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:    *United States v. Adrian Sweeney, et al*
             Crim. No. ELH 23-0196

Dear Judge Hollander:

    I write to provide an update on the case. As of now, one defendant has plead guilty and is pending sentencing, set for October 1, 2024. The government continues to work with all counsel towards a resolution of the remaining cases. Except for counsel for Briscoe, no one else is requesting a scheduling order and no trial date has been set in this matter. Discovery is largely complete.

    The Government would request to provide another status report in October 2024. If the parties have not reached a resolution by then, then the Government would request a scheduling order.

    The parties appreciate the Court's attention to this matter and available to discuss any questions or concerns at the Court's convenience.

                                Very truly yours,

                                Erek L. Barron
                                United States Attorney

By: _____/s/_____
       LaRai Everett
       Assistant United States Attorney